# Third District Court of Appeal
## State of Florida

Opinion filed May 18, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-0871
Lower Tribunal No. M20-10845

————————

**Heather M. Minty,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Kristy Nuñez, Judge.

Heather M. Minty, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.